Meredith Allie-Gordon
Kahn & Associates, L.L.C.
1060 First Avenue, Suite 400
King of Prussia, PA 19406
Ph.: (888) 536-6671
Fax: (888) 868-6671
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HULL | ) | CIVIL DIVISION |
| Plaintiff, | ) ) ) | CASE NO.: 2:06-cv-1669 |
| vs. | ) ) | |
| FLEETWOOD ENTERPRISES, INC., et al. | ) ) | |
| Defendants. | ) | |

### PRAECIPE TO DISCONTINUE ACTION

Now comes Plaintiff, John Hull, by and through undersigned counsel, and hereby withdraws its claims against Fleetwood Enterprises, Inc, Allison Transmission, and Spartan Chassis. **All counts against Caterpillar, Inc. remain in effect.** This dismissal is with prejudice and shall operate as an adjudication otherwise than upon the merits.

Dated: January 21, 2008

Respectfully submitted,
Kahn & Associates, L.L.C.

/s/ Meredith Allie-Gordon
Meredith Allie-Gordon, Esq.
Attorney for Plaintiff

SO ORDERED, this 22nd day of January, 2008.

Gary L. Lancaster, U.S. District Judge