Meredith Allie-Gordon
Kahn & Associates, L.L.C.
1060 First Avenue, Suite 400
King of Prussia, PA 19406
Ph.: (888) 536-6671
Fax: (888) 868-6671
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HULL | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 2:06-cv-1669 |
| vs. | ) | |
| | ) | |
| FLEETWOOD ENTERPRISES, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### PRAECIPE TO DISCONTINUE ACTION

Now comes Plaintiff, John Hull, by and through undersigned counsel, and hereby withdraws its claims against Caterpillar, Inc. This dismissal is with out prejudice and shall operate as an adjudication otherwise than upon the merits.

Dated: April 15, 2008

Respectfully submitted,
Kahn & Associates, L.L.C.

/s/ Meredith Allie-Gordon
Meredith Allie-Gordon, Esq.
Attorney for Plaintiff

SO ORDERED, this 16th day of April, 2008.

Gary L. Lancaster, U.S. District Judge